## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| DIAMOND SPORTS, LLC d/b/a RIMAS SPORTS,<br><br>                       Plaintiff,<br><br>v.<br><br>MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION,<br><br>                       Defendant. | Case No.: 23-1222 (CVR) |

### NOTICE OF WITHDRAWAL

Please take notice that Leane K. Capps, formerly of Polsinelli PC, hereby withdraws her appearance for Diamond Sports, LLC d/b/a Rimas Sports ("Rimas Sports") in the above-captioned action. Mauricio O. Muniz-Luciano and Claudia S. Delbry Ortiz of Marini Pietrantoni Muniz LLC, Pedro R. Ortiz-Cortes and Felix Colon Serrano of POA Law, LLC, and Mozianio S. Reliford, III of Polsinelli PC will remain as counsel for Plaintiff Rimas Sports.

98623648.1

**MARINI PIETRANTONI MUÑIZ LLC**

*/s/ Mauricio O. Muñiz-Luciano*
Mauricio O. Muñiz-Luciano, PR Bar No. 220914
Claudia S. Delbrey Ortiz, PR Bar No. 309207
250 Ponce de León Ave., Suite 900
San Juan, PR 00918
Office 787.705.2171
Fax 787.936.7494
mmuniz@mpmlawpr.com
cdelbrey@mpmlawpr.com

**POA LAW, LLC**

*/s/ Pedro R. Ortiz-Cortés*
Pedro R. Ortiz-Cortés, PR Bar No. 229907
Félix Colón Serrano, PR Bar No. 229812
Apartado 9009
Ponce, P.R. 00732-9009
Tel.: (787) 841-7575
Fax: (787) 841-0000
proc@poalaw.com
felix@poalaw.com


**POLSINELLI PC**

*/s/ Mozianio S. Reliford, III*
Mozianio S. Reliford, III (*Pro Hac Vice*)
501 Commerce Street, Suite 1300
Nashville, Tennessee 37203
T: 615.259.1510
E: treliford@polsinelli.com


*Counsel for Plaintiff Diamond Sports, LLC d/b/a Rimas Sports*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing was filed with the District Court using the PACER ECF filing system, and a copy of the same was sent to all parties of record.


               */s/ Mauricio O. Muñiz Luciano*
               Mauricio O. Muñiz Luciano